# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Duy Ngo,

       Plaintiff,

v.

Charles Storlie, in his individual capacity,
as an officer of the Minneapolis Police
Department, et al.,

       Defendants.

Civil No. 03-3376 (RHK/JJG)

**ORDER**

Plaintiff's Motion for Spoliation Sanctions (Doc. No. 69) is referred to Magistrate Judge Jeanne J. Graham for a recommended disposition; the January 26, 2006, hearing before the undersigned is **CANCELED**. The parties shall complete the briefing of the subject Motion as though January 26 remained the hearing date. If Judge Graham intends to have oral argument, she will notify the parties.

Dated: December 22, 2005

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge