# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Duy Ngo,

                                               Civil No. 03-3376 (RHK/JJG)

            Plaintiff,

                                                **ORDER**

v.

Charles Storlie, in his individual capacity,
as an officer of the Minneapolis Police
Department, et al.,

           Defendants.

After a de novo[1] review of the February 28, 2006 Report and Recommendation of Magistrate Judge Jeanne J. Graham, and Plaintiff's Objection thereto, it is **ORDERED**:

1. Plaintiff's Objection (Doc. No. 123) is **OVERRULED**;

2. The Report and Recommendation (Doc. No. 121) is **ADOPTED**; and

3. Plaintiff's Motion for Sanctions (Doc. No. 69) is **DENIED**.

Dated: April 19, 2006

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge

---

[1] Although the subject Motion is "non-dispositive" and is subject to review only if found to be "clearly erroneous or contrary to law," the Court has reviewed the Report and Recommendation and Plaintiff's Objection thereto de novo, so that the issues raised in the Motion will not be the subject of further argument.