# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Duy Ngo,

       Plaintiff,

v.

Charles Storlie, in his individual capacity,
as an officer of the Minneapolis Police
Department, et al.,

       Defendants.

Civil No. 03-3376 (RHK/JJG)

**ORDER**

---

    Jury selection in the above matter shall begin at 9:00 a.m., Wednesday, July 26, 2006 in Courtroom No. 3, St. Paul, Minnesota; a final pretrial conference to follow that morning.

    Opening statements and presentation of evidence will begin on Thursday, July 27, 2006.  The Court intends to have this case submitted to the jury no later than Wednesday, August 9, 2006.

    The following materials are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By July 11, 2006:

1. All "documents to be submitted for trial" as required by Local Rule 39.1(b);

2. Designation and copies of proposed deposition testimony;

3. Motions in Limine with supporting briefs; and

4. Trial brief with a statement of the issues (substantive and evidentiary), facts

expected to be proved, and controlling statutory and case law.

By <u>July 18, 2006</u>:

1. Responsive briefs to Motions in Limine;

2. Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

3. Replies to Trial Briefs.

By <u>July 21, 2006</u>:  Responses to the Written Objections.

Dated: June 5, 2006

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge