**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Duy Ngo, | Civil No: 03-3376 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Charles Storlie, in his individual capacity as an officer of the Minneapolis Police Department; John Doe and Richard Roe, in their supervisory capacities as ranking Minneapolis Police Officers; and the City of Minneapolis, | |
| Defendants. | |

_____

Pursuant to the Stipulation of Dismissal With Prejudice (Doc. No. 183), **IT IS HEREBY ORDERED** that all of Plaintiff's claims against the Defendant Charles Storlie in their entirety are hereby **DISMISSED WITH PREJUDICE** and without costs or disbursements to either party.

Dated: November 27, 2007

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge